# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM P. JONES** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **HOWARD GOODMAN, JAMES MCCLOSKEY, JOHN DOE, WARDEN HARRY MOORE and RECORD OFFICER** | : | **NO. 91-7560** |

## ORDER

**AND NOW**, this 25th day of July, 2016, upon consideration of William Jones' Motion to Reopen (Document No. 81) and Memorandum of Law (Document No. 83), it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.